IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:89-CR-60016 |
| | ) | Case No. 6:89-CR-60012 |
| | ) | Case No. 6:89-CR-60011 |
| LONNIE JAMES BROWN, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Defendant's **Unopposed Motion to Modify Order Terminating Supervised Release**, the Court finds the Motion to be well taken and hereby grants it.

WHEREFORE, the defendant's terms of supervised release are hereby terminated pursuant to 18 U.S.C. § 3583(e)(1), in regard to the case numbers noted above.

IT IS SO ORDERED.

Honorable Robert T. Dawson
United States District Judge

ENTERED: 5-1-06

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 1 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK